UNITED STATES OF AMERICA
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL DAVIS,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

CRIMINAL NO. 1:02-cr-377

CIVIL ACTION FILE

NO. 1:05-cv-0060-MHS

## JUDGMENT

The Court having DENIED the motion filed pursuant to Title 28, United States Code, Section 2255,

Judgment is hereby entered in favor of the Respondent and against the Movant.

Dated at Atlanta, Georgia this 16th day of May, 2005.

                LUTHER D. THOMAS
                CLERK OF COURT

By: *E. Rivera*
      Deputy Clerk

Filed: May 16, 2005
Entered:
In the Clerk's Office

Luther D. Thomas
Clerk of Court

By: *E. Rivera*
   Deputy Clerk